**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LOCATION SERVICES IP, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:16-cv-00381 |
| | § | |
| V. | § | |
| | § | **JURY TRIAL DEMANDED** |
| TARGET CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Location Services IP, LLC, respectfully submits this notice of voluntary dismissal with prejudice of all claims against Defendant, Target Corporation.

April 12, 2016

Respectfully submitted,

/s/ *John J. Edmonds*
John J. Edmonds – Lead Counsel
  jedmonds@ip-lit.com
  Texas Bar No. 789758
Stephen F. Schlather
  sschlather@ip-lit.com
  Texas Bar No. 24007993
Shea N. Palavan
  spalavan@ip-lit.com
  Texas Bar No. 24083616
Brandon G. Moore
  bmoore@ip-lit.com
  Texas Bar No. 24082372
**COLLINS, EDMONDS,
SCHLATHER & TOWER, PLLC**
1616 South Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535

***Attorneys for Plaintiff,
Location Services IP, LLC***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

April 12, 2016                                          */s/ John J. Edmonds*
                                                                           John J. Edmonds